



$2.50



**Reese's**
PEANUT BUTTER CUPS

## Miniatures

**Nutrition Facts**
Serving Size 5 pieces (39 g)
Servings Per Container about 4

Amount Per Serving

Calories 210    Calories from Fat 110

% Daily Value*

| | |
|---|---|
| **Total Fat** 12 g | **18%** |
| Saturated Fat 4.5 g | **23%** |
| Trans Fat 0 g | |
| **Cholesterol** < 5 mg | **1%** |
| **Sodium** 115 mg | **5%** |
| **Total Carbohydrate** 22 g | **7%** |
| Dietary Fiber 1 g | **4%** |
| Sugars 19 g | |
| **Protein** 4 g | |

| | | | | |
|---|---|---|---|---|
| Vitamin A | 0% | • | Vitamin C | 0% |
| Calcium | 2% | • | Iron | 2% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |





**Nutrition Facts:** Serving Size 3 pieces (14 g), Servings Per Container about 25, Amount Per Serving: **Calories** 50, **Total Fat** 0 g (0% DV), **Sodium** 15 mg (1% DV), **Total Carb.** 12 g (4% DV), Sugars 6 g, **Protein** 0 g. Not a significant source of: Calories from Fat, Saturated Fat, Cholesterol, Dietary Fiber, Vitamin A, Vitamin C, Calcium and Iron. Percent Daily Values (DV) are based on a 2,000 calorie diet.

INGREDIENTS: SUGAR, CORN SYRUP, SUGAR. CONTAINS 2% OR LESS OF: MALIC ACID, SODIUM LACTATE, NATURAL AND ARTIFICIAL FLAVORING AND ARTIFICIAL COLORS (RED 40, BLUE 1, RED YELLOW 5).

NATURALLY & ARTIFICIALLY FLAVORED

Mfd. — H4c-10 for
Hershey Foods Corporation
Hershey, PA 17033-0815 U.S.A.

Visit us at www.jollyrancher.com

REF-H2092-025

0    07123    5

Reese's
2 PEANUT BUTTER CUPS



| Nutrition Facts | Amount/serving | %DV* | Amount/serving | %DV* |
|---|---|---|---|---|
| Serving Size 1 package | Total Fat 13 g | 20% | Total Carb. 23 g | 8% |
| Calories 230 | Sat Fat 4.5 g | 23% | Dietary Fiber 1 g | 4% |
| Fat Cal. 120 | Trans Fat 0 g | | Sugars 20 g | |
| | Cholest. <5 mg | 1% | Protein 4 g | |
| | Sodium 150 mg | 6% | | |

*Percent Daily Values (DV) are based on a 2,000 calorie diet. Vitamin A 0% • Vitamin C 0% • Calcium 2% • Iron 2%

0 34400 9



*Reese's*

4 PEANUT BUTTER CUPS

KING SIZE

NET WT. 2.8 OZ (79 g)

## Nutrition Facts

Serving Size 1 package

Calories 420   Calories from Fat 220

| Amount/serving | %Daily Value* |
|---|---|
| Total Fat 24 g | 37% |
| Saturated Fat 8 g | 40% |
| Trans Fat 0 g | |
| Cholesterol < 5 mg | 1% |
| Sodium 250 mg | 10% |

| Amount/serving | %Daily Value* |
|---|---|
| Total Carbohydrate 44 g | 15% |
| Dietary Fiber 3 g | 12% |
| Sugars 37 g | |
| Protein 6 g | |

Vitamin A 0%   •   Vitamin C 0%   •   Calcium 6%   •   Iron 4%

$1.35

| *Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs. | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

0  344800  5