Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,684,586
Registered Apr. 28, 1992

## TRADEMARK
## PRINCIPAL REGISTER

### JOLLY RANCHER

LEAF, INC. (DELAWARE CORPORATION)
2355 WAUKEGAN ROAD
BANNOCKBURN, IL 60015

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).
FIRST USE 6-1-1950; IN COMMERCE 6-1-1950.

OWNER OF U.S. REG. NOS. 695,762 AND 1,174,430.

SER. NO. 74-171,460, FILED 5-30-1991.

LAURA NASH, EXAMINING ATTORNEY

**EXHIBIT B**

# United States Patent Office

**925,609**
Registered Dec. 14, 1971

## PRINCIPAL REGISTER
### Trademark

Ser. No. 372,548, filed Oct. 5, 1970



H. B. Reese Candy Co., Inc. (Delaware corporation)
Hershey, Pa. 17033

For: PEANUT BUTTER CUPS, in CLASS 46 (INT. CL. 30).
First use Dec. 15, 1969; in commerce Dec. 15, 1969.
The terms "Milk Chocolate" and "Peanut Butter Cups" are disclaimed apart from the mark as shown.
The drawing is lined for the colors orange, brown, and yellow.
Owner of Reg. Nos. 554,995 and 878,315.

P. P. GRALNICK, Examiner