# United States Patent Office

**925,609**
Registered Dec. 14, 1971

## PRINCIPAL REGISTER
### Trademark

Ser. No. 372,548, filed Oct. 5, 1970



H. B. Reese Candy Co., Inc. (Delaware corporation)
Hershey, Pa.   17033

For: PEANUT BUTTER CUPS, in CLASS 46 (INT. CL. 30).
First use Dec. 15, 1969; in commerce Dec. 15, 1969.
The terms "Milk Chocolate" and "Peanut Butter Cups" are disclaimed apart from the mark as shown.
The drawing is lined for the colors orange, brown, and yellow.
Owner of Reg. Nos. 553,995 and 878,315.

P. P. GRALNICK, Examiner

EXHIBIT 4