EXHIBIT 5






