ORIGINAL

Holland & Knight LLP
  Vito A. Costanzo (State Bar No. 132754)
  Theresa Middlebrook (State Bar No. 89709)
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone:  (213) 896-2400
Facsimile:   (213) 896-2450

Attorneys for Plaintiffs
Huhtamaki Finance, B.V.,
Hershey Chocolate & Confectionery
Corporation and The Hershey Company

FILED
2007 MAY 10 PH 1:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUHTAMAKI FINANCE, B.V., a Netherlands corporation; HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION, a Delaware corporation; and THE HERSHEY COMPANY, a Delaware corporation<br><br>Plaintiffs,<br><br>- vs -<br><br>KENNETH DEAN AFFOLTER, an individual, dba BEYOND BOMB<br><br>Defendant. | Case No. C07-02514 RS<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**<br><br>ADR |

The undersigned counsel of record for Plaintiffs Huhtamaki Finance, B.V., Hershey Chocolate & Confectionery Corporation and The Hershey Company certifies that the following listed parties have a pecuniary interest in the outcome of this case. This representation is made to allow the Court to investigate possible disqualification or recusal:

1

---
Plaintiff Huhtamaki Finance B.V.;

Plaintiff Hershey Chocolate & Confectionery Corporation; and

Plaintiff The Hershey Company

Dated: May __, 2007

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____
Vito A. Costanzo
Attorneys for Plaintiffs
HUHTAMAKI FINANCE,
HERSHEY CHOCOLATE &
CONFECTIONERY
CORPORATION AND
THE HERSHEY COMPANY

# 4532712_v1

Plaintiff Huhtamaki Finance B.V.;

Plaintiff Hershey Chocolate & Confectionery Corporation; and

Plaintiff The Hershey Company

Dated: May __, 2007

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____
Vito A. Costanzo
Attorneys for Plaintiffs
HUHTAMAKI FINANCE,
HERSHEY CHOCOLATE &
CONFECTIONERY
CORPORATION AND
THE HERSHEY COMPANY

# 4532712_v1