

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| HOLLAND & KNIGHT LLP<br>633 W FIFTH ST<br>21ST FL<br>LOS ANGELES CA 90071<br>ATTORNEY FOR  PLAINTIFF | 896-2400<br><br>Ref. No. or File No.<br>110779 | |

Insert name of court and name of judicial district and branch if any.

U.S DISTRICT COURT 312 N SPRING ST
CENTRAL DISTRICT LOS ANGELES CA 90012

SHORT TITLE OF CASE:
HUHTAMAKI v. KENNETH DEAN AFFOLTER

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 183960 | | | | C07-02514 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL COVER SHEET.

2. a. Party served:   KENNETH DEAN AFFOLTER, an Individual
   b. Person served:  R.J. ZAVALA (Deputy Badge #992)
                      Deputy in Charge of Service of Process
   c. Address:        GLENN E. DYER DENTENTION
                      550 SIXTH ST
                      OAKLAND CA 94607

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 05/15/07 (2) At: 2:24PM

5. Person serving: RONALD ECCLES          Fee for service $      .00

APEX ATTORNEY SERVICES           d. Registered California process server
1055 WEST SEVENTH STREET         (1) [ ] Employee or [x] Independent Contractor
LOS ANGELES, CA 90017            (2) Registration No.
213-488-1500 FAX                 (3) County: Alameda
                                 (4) Expiration: 853

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 05/16/07                                    >
                                                    SIGNATURE