HOLLAND & KNIGHT LLP
Vito A. Costanzo (SBN 132754)
Theresa A. Middlebrook (SBN 89709)
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone (213) 896-2400
Facsimile (213) 896-2450

Attorneys for Plaintiffs
Huhtamaki Finance, B.V.,
Hershey Chocolate & Confectionery
Corporation and the Hershey Company

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUHTAMAKI FINANCE, B.V., a Netherlands corporation; HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION, a Delaware corporation; and THE HERSHEY COMPANY, a Delaware corporation<br><br>Plaintiffs,<br><br>- vs -<br><br>KENNETH DEAN AFFOLTER, an individual, dba BEYOND BOMB<br><br>Defendant. | CASE NO. C07-02514 RS<br><br>DECLARATION OF VITO A. COSTANZO IN SUPPORT OF REQUEST TO ENTER DEFAULT |

**DECLARATION OF VITO A. COSTANZO**

I, Vito A. Costanzo, declare as follows:

1. I am attorney at law licensed to practice before this Court and I am a member of Holland & Knight LLP, counsel for Plaintiffs herein. I have personal knowledge of the matters stated herein and could truthfully testify thereto if called upon as a witness.

1

2. This Declaration is offered in support of Plaintiffs the Huhtamaki Finance, B.V., Hershey Chocolate & Confectionery Corporation and The Hershey Company's request that the Clerk of the above-entitled Court enter default in this matter against Defendant Kenneth Dean Affolter, d/b/a Beyond Bomb on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

3. Attached hereto as Exhibit "1" is a true and correct copy of the Proof of Service reflecting that the Complaint was served on the Defendant on May 15, 2007.

4. My name is the only name referenced on the Summons and Complaint. I have not received a response to the Complaint from the Defendant as of today's date.

I declare under penalty of perjury and under all the laws of the United States that the foregoing is true and correct. Executed this 2nd day of July 2007 at Los Angeles, California.

_____
Vito A. Costanzo

# 4595749_v1

2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| HOLLAND & KNIGHT LLP<br>633 W FIFTH ST<br>21ST FL<br>LOS ANGELES CA 90071 | 896-2400<br><br>Ref. No. or File No.<br>110779 | |
| ATTORNEY FOR   PLAINTIFF | | |

Insert name of court and name of judicial district and branch if any.

U.S DISTRICT COURT 312 N SPRING ST
CENTRAL DISTRICT LOS ANGELES CA 90012

SHORT TITLE OF CASE:

HUHTAMAKI v. KENNETH DEAN AFFOLTER

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 183960 | | | | C07-02514 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL COVER SHEET.

2. a. Party served:   KENNETH DEAN AFFOLTER, an
                      Individual
   b. Person served: R.J. ZAVALA (Deputy Badge #992)
                     Deputy in Charge of Service of Process
   c. Address: GLENN E. DYER DENTENTION
               550 SIXTH ST
               OAKLAND CA 94607

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

    a. BY PERSONALLY DELIVERING the copies (1) On: 05/15/07 (2) At: 2:24PM

5. Person serving: RONALD ECCLES           Fee for service $      .00

APEX ATTORNEY SERVICES          d. Registered California process server
1055 WEST SEVENTH STREET        (1) [ ] Employee or [x] Independent Contractor
LOS ANGELES, CA 90017           (2) Registration No.
213-488-1500 FAX                (3) County: Alameda
                                (4) Expiration: 853

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 05/16/07                              > _____
                                              SIGNATURE



EXHIBIT 1  D 5/16/07

## PROOF OF SERVICE

State of California      )
                         )  ss.
County of Los Angeles    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

On July 2, 2007, I served the document described as **DECLARATION OF VITO A. COSTANZO IN SUPPORT OF REQUEST TO ENTER DEFAULT** on the interested parties in this action, enclosed in a sealed envelope, addressed as follows:

David M. Michael, Esq.  
414 Gough Street, #2  
San Francisco, CA 94102

Kenneth Dean Affolter  
Glenn E. Dyer Detention  
550 Sixth Street  
Oakland, CA 94607

[ X ] **(By Mail)** Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071, in a sealed envelope. I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

[ ] **(BY UPS)** Following ordinary business practices, I placed the document for collection and UPS delivery at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071. I am readily familiar with the business' practice for collection and processing of correspondence for delivery by UPS, and, in the ordinary course of business, such correspondence would be deposited with UPS on the day on which it is collected at the business.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee stated on the attached service list.

X  **(FEDERAL)**

I declare under penalty of perjury under the laws of the United States the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 2, 2007, Los Angeles, California

_Conchita Nickles_  
Conchita Nickles