```
 1  HOLLAND & KNIGHT LLP
    Vito A. Costanzo (SBN 132754)
 2  Theresa A. Middlebrook (SBN 89709)
    633 West Fifth Street, 21st Floor
 3  Los Angeles, California 90071-2040
    Telephone (213) 896-2400
 4  Facsimile (213) 896-2450

 5  Attorneys for Plaintiffs
    Huhtamaki Finance, B.V.,
 6  Hershey Chocolate & Confectionery
    Corporation and the Hershey Company
 7
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUHTAMAKI FINANCE, B.V., a Netherlands corporation; HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION, a Delaware corporation; and THE HERSHEY COMPANY, a Delaware corporation<br><br>Plaintiffs,<br><br>- vs -<br><br>KENNETH DEAN AFFOLTER, an individual, dba BEYOND BOMB<br><br>Defendant. | CASE NO. C07-02514 RS<br><br>REQUEST TO ENTER DEFAULT |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs the Huhtamaki Finance, B.V., Hershey Chocolate & Confectionery Corporation and The Hershey Company and hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendant Kenneth Dean Affolter d/b/a Beyond Bomb on the ground that said Defendant has failed to appear

1

1. or otherwise respond to the Complaint within the time prescribed by the Federal
2. Rules of Civil Procedure.  Plaintiff served the Complaint on Defendant on
3. May 15, 2007, as evidenced by the Proof of Service on file with the Court.  The
4. above-stated facts are set forth in the accompanying Declaration of Vito A.
5. Costanzo filed herewith.

6. Date: July 2, 2007                              HOLLAND & KNIGHT LLP

                                                  By: ___/s/ Vito A. Costanzo___
                                                  Vito A. Costanzo
                                                  Attorneys for Plaintiffs Huhtamaki
                                                  Finance, B.V., Hershey Chocolate &
                                                  Confectionery Corporation and The
                                                  Hershey Company

# 4593959_v1

## PROOF OF SERVICE

State of California      )
                         )   ss.
County of Los Angeles    )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

    On July 2, 2007, I served the document described as **REQUEST TO ENTER DEFAULT** on the interested parties in this action, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| David M. Michael, Esq.<br>414 Gough Street, #2<br>San Francisco, CA 94102 | Kenneth Dean Affolter<br>Glenn E. Dyer Detention<br>550 Sixth Street<br>Oakland, CA 94607 |

[ X ] **(By Mail)** Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071, in a sealed envelope. I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

[ ] **(BY UPS)** Following ordinary business practices, I placed the document for collection and UPS delivery at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071. I am readily familiar with the business' practice for collection and processing of correspondence for delivery by UPS, and, in the ordinary course of business, such correspondence would be deposited with UPS on the day on which it is collected at the business.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee stated on the attached service list.

**X** **(FEDERAL)**

    I declare under penalty of perjury under the laws of the United States the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 2, 2007, Los Angeles, California

*Conchita Nickles* (signature)
Conchita Nickles