**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                                          General Court Number
Clerk                                                                                                               408.535.5364

July 9, 2007

RE:  CV 07-02514 RS         HUHTAMAKI FINANCE, B.V.-v- KENNETH DEAN AFFOLTER

Default is entered as to defendant Kenneth Dean Affololter dba Beyond Bomb on 7/5/2007.


RICHARD W. WIEKING, Clerk


by Betty Walton
Case Systems Administrator

NDC TR-4  Rev. 3/89