**\*E-FILED 12/12/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUHTAMAKI FINANCE B.V., | NO. C 07-02514 RS |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: DISMISSAL** |
| v. | |
| KENNETH DEAN AFFOLTER, | |
| Defendant. | |

The above action was filed on May 10, 2007.  On July 2, 2007, plaintiff filed a request to enter default, but has otherwise taken no action to pursue the matter.

IT IS HEREBY ORDERED that the plaintiff appear on **January 9, 2008 at 9:30 a.m.** in courtroom 4 of this Court and show cause why this case should not be dismissed for failure for failure to prosecute.  If plaintiff fails to show good reason for his failure to appear, the case will be dismissed.

Dated: December 12, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Vito Anthony Costanzo    vito.costanzo@hklaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 12/12/07

                                           /s/ BAK
                                          Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California