

EXHIBIT A















JOLLY RANCHER
WILD BERRY FRUIT FLAVORS
NATURALLY & ARTIFICIALLY FLAVORED
Nutrition Facts
Serving Size 3 pieces (18 g)
Servings Per Container about 10
Amount Per Serving
Calories 70
% Daily Value*
Total Fat 0 g 0%
Sodium 0 mg 0%
Total Carbohydrate 17 g 6%
Sugars 11 g
Protein 0 g
*Percent Daily Values are based on a 2,000 calorie diet.
INGREDIENTS: CORN SYRUP; SUGAR; CONTAINS 2% OR LESS OF: MALIC ACID; NATURAL AND ARTIFICIAL FLAVORS; ARTIFICIAL COLOR (RED 40; BLUE 1; YELLOW 5; AND YELLOW 6); AND BHT, TO MAINTAIN FRESHNESS.
Mfd. in Canada for
Hershey Foods Corporation
Hershey, PA 17033-0815, U.S.A.
QUESTIONS OR COMMENTS ABOUT THIS PRODUCT, CALL TOLL-FREE WEEKDAYS 9-4 EST. 1-800-468-1714.
Visit us at www.jollyrancher.com.
CAREFUL: SMALL OBJECTS, LIKE HARD CANDIES, MAY INADVERTENTLY BECOME LODGED IN THE THROAT.
ASSORTMENT IN EACH PACKAGE MAY VARY.
0 10700 10220 1
38F114T
8J

...s Serv. Size: 1 package, Amount Per Serving: **Calories 230**, ...t 3 g (5% DV), Saturated Fat 2.5 g (13% DV), **Sodium** 0 mg ...arb. 50 g (17% DV), Sugars 43 g, **Protein** 0 g. Percent Daily ...sed on a 2,000 calorie diet.

INGREDIENTS: CORN SYRUP; SUGAR; VEGETABLE OIL (PALM KERNEL AND PALM OIL); CONTAINS 2% OR LESS OF: MALIC ACID; GELATIN; CORNSTARCH; NATURAL AND ARTIFICIAL FLAVORS; MONOGLYCERIDES; AND ARTIFICIAL COLOR (RED 40; YELLOW 5; AND BLUE 1).

**Nutrition Facts:** Serving Size 3 pieces (14 g), Servings Per Container about 2.5, Amount Per Serving: **Calories** 50, **Total Fat** 0 g (0% DV), **Sodium** 15 mg (1% DV), **Total Carb.** 12 g (4% DV), Sugars 6 g, **Protein** 0 g. Not a significant source of Calories from Fat, Saturated Fat, Cholesterol, Dietary Fiber, Vitamin A, Vitamin C, Calcium, and Iron. Percent Daily Values (DV) are based on a 2,000 calorie diet.

INGREDIENTS: HIGH MALTOSE CORN SYRUP; SUGAR; CONTAINS 2% OR LESS OF: MALIC ACID; SODIUM LACTATE; NATURAL AND ARTIFICIAL FLAVORS; AND ARTIFICIAL COLORS (RED 40; BLUE 1; AND YELLOW 5).

Mfd. in Mexico for
Hershey Foods Corporation
Hershey, PA 17033-0815, U S A

Visit us at www.jollyrancher.com.

702-70320-005



# Miniatures









2 PEANUT BUTTER CUPS



Nutrition Facts
Serving Size 1 package
Calories 230  Fat Cal. 120

| Amount/serving | %DV* | Amount/serving | %DV* |
|---|---|---|---|
| Total Fat 13 g | 20% | Total Carb. 23 g | 8% |
| Sat. Fat 4.5 g | 23% | Dietary Fiber 1 g | 4% |
| Trans Fat 0 g | | Sugars 20 g | |
| Cholesterol <5 mg | 1% | Protein 4 g | |
| Sodium 130 mg | 5% | | |

*Percent Daily Values (DV) are based on a 2,000 calorie diet.

Vitamin A 0% • Vitamin C 0% • Calcium 2% • Iron 2%



| Nutrition Facts | Amount/serving | %Daily Value* | Amount/serving | %Daily Value* | *Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs: | | |
|---|---|---|---|---|---|---|---|
| Serving Size 1 package | **Total Fat** 24 g | 37% | **Total Carbohydrate** 44 g | 15% | | Calories: 2,000 | 2,500 |
| | Saturated Fat 8 g | 40% | Dietary Fiber 3 g | 12% | Total Fat Less than | 65g | 80g |
| | Trans Fat 0 g | | Sugars 37 g | | Sat Fat Less than | 20g | 25g |
| **Calories** 420 | **Cholesterol** < 5 mg | 1% | **Protein** 8 g | | Cholesterol Less than | 300mg | 300mg |
| Calories from Fat 220 | **Sodium** 250 mg | 10% | | | Sodium Less than | 2,400mg | 2,400mg |
| | | | | | Total Carbohydrate | 300g | 375g |
| | | | | | Dietary Fiber | 25g | 30g |
| | Vitamin A 0% • Vitamin C 0% | | • Calcium 6% • Iron 4% | | | | |

$1.35



Reeses