**Registered Mar. 7, 1950**

**Trade-Mark 443,802**

# UNITED STATES PATENT OFFICE

**Peter Paul, Inc., Naugatuck, Conn.**

**Act of February 20, 1905**

**Application March 29, 1946, Serial No. 499,273**

# Almond Joy

## STATEMENT

Be it known that Peter Paul, Inc., a corporation organized under the laws of the State of Delaware and having a place of business in Naugatuck, county of New Haven, State of Connecticut, whose post office address is Naugatuck, Connecticut, has adopted and used the trade-mark shown in the accompanying drawing, for CANDY, in Class 46, Foods and ingredients of foods. The word "Almond" is hereby disclaimed apart from the rest of the mark as shown.

The trade-mark has been continuously used in the business of said corporation since December 10, 1945.

The trade-mark is applied or affixed to the goods by printing or stamping the mark on the wrappers or containers in which the goods are packed.

PETER PAUL, INC.,
By CLARENCE H. FLINT,
*Vice-President.*

EXHIBIT C

9



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 5**

**Serial #:** 71499273    **Filing Dt:** 03/29/1946    **Reg #:** 443802    **Reg. Dt:** 03/07/1950
**Registrant:** PETER PAUL, INC.
**Mark:** ALMOND JOY

## Assignment: 1

**Reel/Frame:** 0337/0052    **Received:**    **Recorded:** 10/31/1978    **Pages:** 4

**Conveyance:** MERGER AND CHANGE OF NAME

| Assignors: | PETER PAUL, INC., -MERGED INTO- | **Exec Dt:** 09/26/1978 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| | CADBURY FINANCIAL CORPORATION, -CHANGED TO- | **Exec Dt:** 00/00/0000 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| Assignees: | CADBURY FINANCIAL CORPORATION, -CHANGED TO- | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| | PETER PAUL CADBURY, INC. | **Entity Type:** UNKNOWN |
| | | **Citizenship:** NONE |

**Correspondent:** KENYON & KENYON REILLY ET AL.
59 MAIDEN LANE
NEW YORK, NY 10038

## Assignment: 2

**Reel/Frame:** 0529/0747    **Received:**    **Recorded:** 06/20/1986    **Pages:** 3

**Conveyance:** CERTIFIED COPY OF MERGER FILED IN THE OFFICE OF THE SECRETARY OF STATE OF DELAWARE, SHOWING MERGER OF ASSIGNORS AND CHANGE OF NAME OF THE SURVIVING CORPORATION ON DEC. 28, 1985

| Assignors: | SCHWEPPES U.S.A. LIMITED | **Exec Dt:** 05/08/1986 |
| | | **Entity Type:** UNKNOWN |
| | | **Citizenship:** NONE |
| | PETER PAUL CADBURY, INC. | **Exec Dt:** 00/00/0000 |
| | | **Entity Type:** UNKNOWN |
| | | **Citizenship:** NONE |
| | ROSE HOLLAND HOUSE INCORPORATED, MERGED IN TO | **Exec Dt:** 00/00/0000 |
| | | **Entity Type:** UNKNOWN |
| | | **Citizenship:** NONE |
| | DUFFY-MOTT COMPANY, INC. CHANGED TO | **Exec Dt:** 00/00/0000 |
| | | **Entity Type:** UNKNOWN |
| | | **Citizenship:** NONE |
| Assignee: | CADBURY SCHWEPPES, INC. | **Entity Type:** UNKNOWN |
| | | **Citizenship:** NONE |

**Correspondent:** KENYON AND KENYON
ONE BROADWAY
NEW YORK, NY 10004

## Assignment: 3

**Reel/Frame:** 0766/0893    **Received:**    **Recorded:** 01/30/1991    **Pages:** 5

**Conveyance:** CHANGE OF NAME EFFECTIVE ON JUNE 8, 1990 IN DE.

| | | | |
|---|---|---|---|
| **Assignor:** CADBURY SCHWEPPES INC. | | **Exec Dt:** 05/31/1990 | |
| | | **Entity Type:** SEE DOCUMENT FOR DETAILS | |
| | | **Citizenship:** NONE | |
| **Assignee:** CADBURY BEVERAGES INC. | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** DELAWARE | |
| **Correspondent:** GRAHAM, CAMPAIGN & MCCARTHY, P.C. | | | |
| THE BAR BUILDING | | | |
| 36 WEST 44TH STREET | | | |
| NEW YORK, NY 10036-8178 | | | |

### Assignment: 4

| | | | |
|---|---|---|---|
| **Reel/Frame:** 1398/0482 | **Received:** 11/03/1995 | **Recorded:** 10/05/1995 | **Pages:** 4 |
| **Conveyance:** CHANGE OF NAME | | | |
| **Assignor:** CADBURY BEVERAGES INC. | | **Exec Dt:** 01/23/1995 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** DELAWARE | |
| **Assignee:** CBI HOLDINGS INC. | | **Entity Type:** CORPORATION | |
| HIGH RIDGE PARK | | **Citizenship:** DELAWARE | |
| STAMFORD, CONNECTICUT 06095 | | | |
| **Correspondent:** ALBERT ROBIN | | | |
| ROBIN, BLECKER, DALEY & DRISCOLL | | | |
| 330 MADISON AVENUE | | | |
| NEW YORK, NY 10017 | | | |

### Assignment: 5

| | | | |
|---|---|---|---|
| **Reel/Frame:** 1987/0986 | **Received:** 11/15/1999 | **Recorded:** 11/08/1999 | **Pages:** 3 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** CBI HOLDINGS INC. | | **Exec Dt:** 10/15/1999 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** DELAWARE | |
| **Assignee:** CADBURY BEVERAGES DELAWARE INC. | | **Entity Type:** CORPORATION | |
| 8144 WALNUT HILL LANE | | **Citizenship:** DELAWARE | |
| DALLAS, TEXAS 75231-4372 | | | |
| **Correspondent:** FROSS ZELNICK LEHRMAN & ZISSU, P.C. | | | |
| LAWRENCE E. APOLZON | | | |
| 866 UNITED NATIONS PLAZA | | | |
| NEW YORK, NY 10017 | | | |

Search Results as of: 06/01/2007 02:23 PM
If you have any comments or questions concerning the data displayed, contact PRO / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=tm&sno=71499273                    6/1/2007

Registered June 12, 1928.                    **Trade-Mark 243,197**

Renewed June 12, 1948 to Quaker City Chocolate & Confectionery Company, of Philadelphia, Pennsylvania.

Republished, under the Act of 1946, Dec. 21, 1948, by Quaker City Choclate & Confectionery Co., Philadelphia, Pa.

Affidavit under Section 8 accepted.
Affidavit under Section 15 received, Jan. 18, 1954.

# UNITED STATES PATENT OFFICE.

QUAKER CITY CHOCOLATE & CONFECTIONERY COMPANY, OF PHILADELPHIA, PENNSYLVANIA.

ACT OF FEBRUARY 20, 1905.

Application filed June 29, 1927.   Serial No. 251,282.

# GOOD AND PLENTY

## STATEMENT.

*To all whom it may concern:*

Be it known that Quaker City Chocolate & Confectionery Company, a corporation duly organized under the laws of the State of Pennsylvania, located and engaged in business at Nos. 2136–60 Germantown Avenue, in the city of Philadelphia, in said State, has adopted and used the trade-mark shown in the accompanying drawing.

This trade mark has been continuously used in the business of said corporation since September, 1908.

The merchandise to which this trade mark is appropriated is comprised in Class 46, Foods and ingredients of foods; and the particular description of goods in such class upon which the said trade mark is used is CANDY.

The trade mark is usually displayed by printing same upon the containers for the goods, although it may be otherwise displayed as desired.

QUAKER CITY CHOCOLATE &
CONFECTIONERY COMPANY,
By LESTER G. ROSSKAM,
*President.*

17



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 8**

**Serial #:** 71251282        **Filing Dt:** 06/29/1927        **Reg #:** 243197        **Reg. Dt:** 06/12/1928
**Registrant:** QUAKER CITY CHOCOLATE & CONFECTIONERY CO
**Mark:** GOOD AND PLENTY

## Assignment: 1
**Reel/Frame:** 0272/0739        **Received:**        **Recorded:** 08/22/1975        **Pages:** 1
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
**Assignor:** QUAKER CITY CHOCOLATE AND CONFECTIONERY COMPANY        **Exec Dt:** 06/30/1975
                                                          **Entity Type:** CORPORATION
                                                          **Citizenship:** PENNSYLVANIA
**Assignee:** WARNER-LAMBERT COMPANY        **Entity Type:** CORPORATION
          201 TABOR ROAD                    **Citizenship:** DELAWARE
          MORRIS PLAINS, NEW JERSEY
**Correspondent:** WARNER-LAMBERT COMPANY
              MORRIS PLAINS, N.J. 07950
              MORRIS PLAINS, NJ 07950

## Assignment: 2
**Reel/Frame:** 0406/0283        **Received:**        **Recorded:** 12/28/1981        **Pages:** 2
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
**Assignor:** WARNER-LAMBERT COMPANY        **Exec Dt:** 10/06/1981
                                        **Entity Type:** CORPORATION
                                        **Citizenship:** DELAWARE
**Assignee:** BEATRICE FOODS CO.        **Entity Type:** CORPORATION
          2 NORTH LA SALLE ST.          **Citizenship:** DELAWARE
          CHICAGO, ILLINOIS
**Correspondent:** BEATRICE FOODS CO.
              TWO NORTH LA SALLE ST.
              CHICAGO, IL 60602

## Assignment: 3
**Reel/Frame:** 0466/0884        **Received:**        **Recorded:** 05/15/1984        **Pages:** 5
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
**Assignor:** BEATRICE FOODS CO.        **Exec Dt:** 01/31/1984
                                    **Entity Type:** CORPORATION
                                    **Citizenship:** DELAWARE
**Assignee:** LEAF, INC.        **Entity Type:** CORPORATION
          **Formerly:** FORMERLY HUHTAMAKI CONFECTIONARIES, INC.        **Citizenship:** DELAWARE
          2345 WAUKEGAN RD.
          BANNOCKBURN, ILLINOIS 60015
**Correspondent:** DEWEY, BALLANTINE, BUSHBY ET AL.
              140 BROADWAY
              NEW YORK, NY 10005
              CHICAGO, IL 60602

## Assignment: 4
**Reel/Frame:** 1575/0629        **Received:** 03/25/1997        **Recorded:** 03/11/1997        **Pages:** 14
**Conveyance:** SECURITY AGREEMENT

Assignor: HUHTAMAKI FINANCE B.V.

Exec Dt: 12/30/1996
Entity Type: A DUTCH CORPORATION
Citizenship: NONE

Assignee: HOMESTEAD, INC.
11 CONTINENTAL DRIVE, SUITE 309
NEWARK, DELAWARE 19713

Entity Type: CORPORATION
Citizenship: DELAWARE

Correspondent: KIRKLAND & ELLIS
JAN TAMULEWICZ
CITICORP CENTER
153 E. 53RD STREET
NEW YORK, NY 10022

## Assignment: 5

Reel/Frame: 1616/0283    Received: 07/22/1997    Recorded: 07/18/1997    Pages: 22

Conveyance: ASSIGNS THE ENTIRE INTEREST

Assignor: LEAF INC

Exec Dt: 12/30/1996
Entity Type: CORPORATION
Citizenship: DELAWARE

Assignee: HUHTAMAKI FINANCE B.V.
BURGEMEESTER RIJINDERSLAAN 26, P.O. BOX 49
1180 AMSTELREEN, NETHERLANDS

Entity Type: CORPORATION
Citizenship: NETHERLANDS

Correspondent: KIRKLAND & ELLIS
HAYLEY SMITH
153 EAST 53RD STREET
NEW YORK, NEW YORK 10022

Domestic rep: KIRKLAND & ELLIS
CITICORP CENTER
153 EAST 53RD STREET
NEW YORK, NEW YORK 10022-4675

## Assignment: 6

Reel/Frame: 2259/0276    Received: 03/28/2001    Recorded: 03/19/2001    Pages: 16

Conveyance: THIS RECORDS THE CHANGE OF NAME BY MERGER OF HOMESTEAD, INC. (WHICH WAS MERGED INTO HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION.) HOMESTEAD, INC. WAS THE RECEIVING PARTY OF A SECUTITY INTEREST FROM HUHTAMAKI FINANCE B.V. UNDER A DOCUMENT RECORDED AT REEL/FRAME 1575/0629. DUE TO THE MERGER, HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION IS NOW THE TITLE OF THE RECEIVING PARTY OF THE SECURITY INTEREST.

Assignor: HOMESTEAD, INC.

Exec Dt: 02/23/1999
Entity Type: CORPORATION
Citizenship: DELAWARE

Assignee: HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION
INTELLECTUAL PROPERTY DEPARTMENT
5060 WARD ROAD
WHEAT RIDGE, COLORADO 80033

Entity Type: CORPORATION
Citizenship: DELAWARE

Correspondent: HERSHEY CHOCOLATE & CONFECTIONERY CORP.
MARTHA L. CECIL-FEW
060 WARD ROAD
WHEAT RIDGE, CO 80033

## Assignment: 7

Reel/Frame: 2203/0637    Received: 01/02/2001    Recorded: 12/04/2000    Pages: 5

Conveyance: MERGER

Assignor: HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION, (AS SUCCESSOR BY MERGER TO HOMESTEAD, INC.)

Exec Dt: 02/28/1999
Entity Type: CORPORATION
Citizenship: DELAWARE

Assignee: HENRY HEIDE, INCORPORATED
C/O INTELLECTUAL PROPERTY DEPARTMENT
5060 WARD ROAD

Entity Type: CORPORATION
Citizenship: NEW YORK

WHEAT RIDGE, COLORADO 80033

**Correspondent:** HERSHEY CHOCOLATE & CONFECTIONERY
MARTHA L. CECIL-FEW
5060 WARD ROAD
WHEAT RIDGE, CO 80033

## Assignment: 8

| | | | |
|---|---|---|---|
| **Reel/Frame:** 2851/0791 | **Received:** 05/11/2004 | **Recorded:** 05/11/2004 | **Pages:** 7 |

**Conveyance:** CORRECTION OF DOCUMENT RECORDED ON REEL 2203 FRAME 0637 TO CORRECT AN INADVERTENT ERROR WITH RESPECT TO NAMES OF MERGING PARTIES.

**Assignor:** HOMESTEAD, INC.

**Exec Dt:** 02/28/1999
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION
INTELLECTUAL PROPERTY DEPT.
5060 WARD ROAD
WHEAT RIDGE, COLORADO 80033

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** HERSHEY CHOCOLATE & CONFECTIONARY
CORPORATION
MARTHA L. SARADUKE
4860 ROBB STREET, SUITE 204
WHEAT RIDGE, CO 80033

Search Results as of: 06/01/2007 02:21 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,684,586
Registered Apr. 28, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## JOLLY RANCHER

LEAF, INC. (DELAWARE CORPORATION)
2355 WAUKEGAN ROAD
BANNOCKBURN, IL 60015

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).
FIRST USE 6-1-1950; IN COMMERCE
6-1-1950.

OWNER OF U.S. REG. NOS. 695,762 AND
1,174,430.

SER. NO. 74-171.460, FILED 5-30-1991.

LAURA NASH, EXAMINING ATTORNEY

16



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

## Total Assignments: 5

**Serial #:** 74171460      **Filing Dt:** 05/30/1991      **Reg #:** 1684586      **Reg. Dt:** 04/28/1992
**Registrant:** Leaf, Inc.
**Mark:** JOLLY RANCHER

## Assignment: 1

**Reel/Frame:** 1575/0629      **Received:** 03/25/1997      **Recorded:** 03/11/1997      **Pages:** 14
**Conveyance:** SECURITY AGREEMENT
**Assignor:** HUHTAMAKI FINANCE B.V.                        **Exec Dt:** 12/30/1996
                                                           **Entity Type:** A DUTCH CORPORATION
                                                           **Citizenship:** NONE
**Assignee:** HOMESTEAD, INC.                              **Entity Type:** CORPORATION
              11 CONTINENTAL DRIVE, SUITE 309              **Citizenship:** DELAWARE
              NEWARK, DELAWARE 19713
**Correspondent:** KIRKLAND & ELLIS
                   JAN TAMULEWICZ
                   CITICORP CENTER
                   153 E. 53RD STREET
                   NEW YORK, NY 10022

## Assignment: 2

**Reel/Frame:** 1616/0283      **Received:** 07/22/1997      **Recorded:** 07/18/1997      **Pages:** 22
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** LEAF INC                                     **Exec Dt:** 12/30/1996
                                                           **Entity Type:** CORPORATION
                                                           **Citizenship:** DELAWARE
**Assignee:** HUHTAMAKI FINANCE B.V.                       **Entity Type:** CORPORATION
              BURGEMEESTER RIJINDERSLAAN 26, P.O. BOX 49   **Citizenship:** NETHERLANDS
              1180 AMSTELREEN, NETHERLANDS
**Correspondent:** KIRKLAND & ELLIS
                   HAYLEY SMITH
                   153 EAST 53RD STREET
                   NEW YORK, NEW YORK 10022
**Domestic rep:** KIRKLAND & ELLIS
                  CITICORP CENTER
                  153 EAST 53RD STREET
                  NEW YORK, NEW YORK 10022-4675

## Assignment: 3

**Reel/Frame:** 2259/0276      **Received:** 03/28/2001      **Recorded:** 03/19/2001      **Pages:** 16
**Conveyance:** THIS RECORDS THE CHANGE OF NAME BY MERGER OF HOMESTEAD, INC. (WHICH WAS MERGED INTO HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION.) HOMESTEAD, INC. WAS THE RECEIVING PARTY OF A SECUTITY INTEREST FROM HUHTAMAKI FINANCE B.V. UNDER A DOCUMENTRECORDED AT REEL/FRAME 1575/0629. DUE TO THE MERGER, HERSHEY CHOCOLATE & CONFECTIONERY CORPCRATION IS NOW THE TITLE OF THE RECEIVING PARTY OF THE SECURITY INTEREST.
**Assignor:** HOMESTEAD, INC.                             **Exec Dt:** 02/23/1999
                                                           **Entity Type:** CORPORATION
                                                           **Citizenship:** DELAWARE
**Assignee:** HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION   **Entity Type:** CORPORATION

INTELLECTUAL PROPERTY DEPARTMENT
5060 WARD ROAD
WHEAT RIDGE, COLORADO 80033

**Citizenship:** DELAWARE

**Correspondent:** HERSHEY CHOCOLATE & CONFECTIONERY CORP.
MARTHA L. CECIL-FEW
060 WARD ROAD
WHEAT RIDGE, CO 80033

## Assignment: 4

**Reel/Frame:** 2203/0637    **Received:** 01/02/2001    **Recorded:** 12/04/2000    **Pages:** 5

**Conveyance:** MERGER

**Assignor:** HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION, (AS SUCCESSOR BY MERGER TO HOMESTEAD, INC.)

**Exec Dt:** 02/28/1999
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** HENRY HEIDE, INCORPORATED
C/O INTELLECTUAL PROPERTY DEPARTMENT
5060 WARD ROAD
WHEAT RIDGE, COLORADO 80033

**Entity Type:** CORPORATION
**Citizenship:** NEW YORK

**Correspondent:** HERSHEY CHOCOLATE & CONFECTIONERY
MARTHA L. CECIL-FEW
5060 WARD ROAD
WHEAT RIDGE, CO 80033

## Assignment: 5

**Reel/Frame:** 2851/0791    **Received:** 05/11/2004    **Recorded:** 05/11/2004    **Pages:** 7

**Conveyance:** CORRECTION OF DOCUMENT RECORDED ON REEL 2203 FRAME 0637 TO CORRECT AN INADVERTENT ERROR WITH RESPECT TO NAMES OF MERGING PARTIES.

**Assignor:** HOMESTEAD, INC.

**Exec Dt:** 02/28/1999
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION
INTELLECTUAL PROPERTY DEPT.
5060 WARD ROAD
WHEAT RIDGE, COLORADO 80033

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** HERSHEY CHOCOLATE & CONFECTIONARY
CORPORATION
MARTHA L. SARADUKE
4860 ROBB STREET, SUITE 204
WHEAT RIDGE, CO 80033

Search Results as of: 06/01/2007 02:24 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

BEST AVAILABLE COPY

## TRADE-MARK

No. 54,041.                          REGISTERED JUNE 19, 1906

MILTON S. HERSHEY.

CHOCOLATE, COCOA, AND PREPARATIONS THEREOF.

APPLICATION FILED FEB. 2, 1906.

AFFIDAVIT SEC. 8
ACCEPTED

# THIRD RENEWAL

## PUBLISHED
## Under Sec. 12 (c) 1946 Act OCT 4  1966

# Hershey's

PROPRIETOR.
Milton S Hershey

BY F. T. Johnson

Attorney

BEST AVAILABLE COPY

# THIRD RENEWAL RE-RENEWED

# UNITED STATES PATENT OFFICE.

## MILTON S. HERSHEY, OF DERRY CHURCH, PENNSYLVANIA.

### TRADE-MARK FOR CHOCOLATE, COCOA, AND PREPARATIONS THEREOF.

**No. 54,041.** **Statement and Declaration.** **Registered June 19, 1906.**

Application filed February 8, 1906. Serial No. 16,827. Used ten years.

## STATEMENT.

*To all whom it may concern:*

Be it known that I, MILTON S. HERSHEY, a citizen of the United States, residing at the town of Derry Church, in the county of Dauphin and State of Pennsylvania, and doing business under the firm-name and style of HERSHEY CHOCOLATE COMPANY in said town of Derry Church, have adopted for my use a trade-mark, of which the following is a description.

The trade-mark consists of the word "HERSHEY'S."

The trade-mark has been continuously used by me in my business since about January 1, 1894.

The class of merchandise to which the trade-mark is appropriated is foods, and the particular description of goods comprised in such class upon which said trade-mark is used is chocolate, cocoa, sweet chocolate, milk chocolate, chocolate coatings, chocolate liquors, and chocolate powder.

The trade-mark is usually applied to the goods upon which it is used by placing thereon a printed label on which the same is shown.

**MILTON S. HERSHEY.**

## DECLARATION.

State of Pennsylvania, county of Dauphin, ss:

MILTON S. HERSHEY, being duly sworn, deposes and says that he is the applicant named in the foregoing statement, that he believes the foregoing statement to be true, that he believes himself to be the owner of the trade-mark sought to be registered, and that no other person, firm, corporation, or association, to the best of his knowledge and belief, has the right to use the trade-mark, either in the identical form or in any such near resemblance thereto as might be calculated to deceive, and that the trade-mark is used by him in commerce, among the several States of the United States; and that the description, drawing, and specimens (or facsimiles) presented truly represent the trade-mark sought to be registered; and that the mark has been in actual use as a trade-mark of the applicant for ten years next preceding the passage of the act of February 20, 1905, and that, to the best of his knowledge and belief, such use has been exclusive.

**MILTON S. HERSHEY.**

Subscribed and sworn to before me this 1st day of February, A. D. 1906.

[L. S.]     **EDWIN M. HERSHEY,**
                    *Notary Public.*

20



### United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 71016827    **Filing Dt:** 02/08/1906    **Reg #:** 54041    **Reg. Dt:** 06/19/1906
**Registrant:** HERSHEY, MILTON S.
**Mark:** HERSHEY'S

### Assignment: 1

**Reel/Frame:** 0159/0618    **Received:**    **Recorded:** 02/20/1968    **Pages:** 3
**Conveyance:** CHANGE OF NAME
**Assignor:** HERSHEY CHOCOLATE CORPORATION    **Exec Dt:** 02/15/1968
                                                **Entity Type:** UNKNOWN
                                                **Citizenship:** NONE

**Assignee:** HERSHEY FOODS CORPORATION    **Entity Type:** UNKNOWN
                                           **Citizenship:** NONE

**Correspondent:** ROBERT U. GEIB, JR.
                   WASHINGTON BLDG.
                   WASHINGTON, DC 20005

### Assignment: 2

**Reel/Frame:** 0952/0007    **Received:**    **Recorded:** 01/29/1993    **Pages:** 32
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
**Assignor:** HERSHEY FOODS CORPORATION    **Exec Dt:** 12/31/1992
                                            **Entity Type:** CORPORATION
                                            **Citizenship:** DELAWARE

**Assignee:** HOMESTEAD, INC.    **Entity Type:** CORPORATION
              42 READ'S WAY       **Citizenship:** DELAWARE
              NEW CASTLE, DELAWARE 19720

**Correspondent:** HOMESTEAD, INC.
                   WILLIAM J. BURGESS
                   111 CONTINENTAL DRIVE, SUITE 309
                   NEWARK, DELAWARE 19713

### Assignment: 3

**Reel/Frame:** 1878/0918    **Received:** 03/19/1999    **Recorded:** 03/08/1999    **Pages:** 29
**Conveyance:** MERGER
**Assignor:** HOMESTEAD, INC.    **Exec Dt:** 02/23/1999
                                 **Entity Type:** CORPORATION
                                 **Citizenship:** DELAWARE

**Assignee:** HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION    **Entity Type:** CORPORATION
              INTELLECTUAL PROPERTY DEPARTMENT                  **Citizenship:** DELAWARE
              5060 WARD ROAD
              WHEAT RIDGE, COLORADO 80033

**Correspondent:** HOMESTEAD, INC.
                   MARTHA L. CECIL-FEW
                   5060 WARD ROAD
                   WHEAT RIDGE, CO 80033

Search Results as of: 06/01/2007 02:26 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Int. Cl.: 30**

**Prior U.S. Cl.: 46**

## United States Patent and Trademark Office

**Reg. No. 2,416,701**

Registered Jan. 2, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## KISSES

HERSHEY CHOCOLATE & CONFECTIONERY COR-
PORATION (DELAWARE CORPORATION)
5060 WARD ROAD
WHEAT RIDGE, DE 8033 , BY MERGER WITH
HOMESTEAD, INC. (DELAWARE CORPORATION)
NEWARK, DE 19713

FOR: GENERALLY SOLID CHOCOLATE CANDY,
WITH AND WITHOUT INGREDIENTS SUCH AS
NUTS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 7–1–1907; IN COMMERCE 7–1–1907.

OWNER OF U.S. REG. NOS. 165,247, 1,890,043
AND OTHERS.

SEC. 2(F).

SER. NO. 75–183,278, FILED 10–17–1996.

TERESA LEE, EXAMINING ATTORNEY

23

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 75183278    **Filing Dt:** 10/17/1996    **Reg #:** 2416701    **Reg. Dt:** 01/02/2001

**Registrant:** Hershey Chocolate & Confectionery Corpor

**Mark:** KISSES

**Assignment: 1**

**Reel/Frame:** 1878/0918    **Received:** 03/19/1999    **Recorded:** 03/08/1999    **Pages:** 29

**Conveyance:** MERGER

**Assignor:** HOMESTEAD, INC.    **Exec Dt:** 02/23/1999
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Assignee:** HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION    **Entity Type:** CORPORATION
INTELLECTUAL PROPERTY DEPARTMENT    **Citizenship:** DELAWARE
5060 WARD ROAD
WHEAT RIDGE, COLORADO 80033

**Correspondent:** HOMESTEAD, INC.
MARTHA L. CECIL-FEW
5060 WARD ROAD
WHEAT RIDGE, CO 80033

Search Results as of: 06/01/2007 02:28 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent Office

Reg. No. 1,022,181

Registered Oct. 7, 1975

# TRADEMARK
### Principal Register

# KIT KAT

Rowntree Mackintosh Limited (British corporation)
York Y01 1XY, England

For: WAFER FINGERS IN MILK CHOCOLATE, in
CLASS 30 (U.S. CL. 46).
First use 1949; in commerce 1949.

Ser. No. 44,306, filed Feb. 14, 1975.

A. B. DAVIDSON, Examiner

25

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent Office

Reg. No. 1,022,181
Registered Oct. 7, 1975

## TRADEMARK
### Principal Register

## KIT KAT

Rowntree Mackintosh Limited (British corporation)
York Y01 1XY, England

For: WAFER FINGERS IN MILK CHOCOLATE, in
CLASS 30 (U.S. CL. 46).
First use 1949; in commerce 1949.

Ser. No. 44,306, filed Feb. 14, 1975.

A. B. DAVIDSON, Examiner

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,022,181

Registered Oct. 7, 1975

10 Year Renewal

Renewal Term Begins Oct. 7, 1995

## TRADEMARK
## PRINCIPAL REGISTER

## KIT KAT

SOCIETE DES PRODUITS NESTLE S.A. (SWITZERLAND CORPORATION)
CASE POSTALE 353
1800 VEVEY, SWITZERLAND, BY CHANGE OF NAME, ASSIGNMENT AND ASSIGNMENT FROM ROWNTREE MACKINTOSH LIMITED (GREAT BRITAIN CORPORATION) YORK YO1 1XY, ENGLAND

FOR: WAFER FINGERS IN MILK CHOCOLATE, IN CLASS 30 (U.S. CL. 46).

FIRST USE 0–0–1949; IN COMMERCE 0–0–1949.

SER. NO. 73–044,306, FILED 2–14–1975.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 18, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**703,315**
**Registered Aug. 23, 1960**

## PRINCIPAL REGISTER
## Trademark

Ser. No. 75,184, filed June 5, 1959

# KRACKEL

Hershey Chocolate Corporation (Delaware corporation)
19 E. Chocolate Ave.
Hershey, Pa.

For: CHOCOLATE BARS, in CLASS 46.
First use Sept. 14, 1938; in commerce Sept. 14, 1938.



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 72075184     **Filing Dt:** 06/05/1959     **Reg #:** 703315     **Reg. Dt:** 08/23/1960
**Registrant:** HERSHEY CHOCOLATE CORPORATION
**Mark:** KRACKEL

## Assignment: 1

**Reel/Frame:** 0159/0618     **Received:**     **Recorded:** 02/20/1968     **Pages:** 3
**Conveyance:** CHANGE OF NAME

| | |
|---|---|
| **Assignor:** HERSHEY CHOCOLATE CORPORATION | **Exec Dt:** 02/15/1968 |
| | **Entity Type:** UNKNOWN |
| | **Citizenship:** NONE |
| **Assignee:** HERSHEY FOODS CORPORATION | **Entity Type:** UNKNOWN |
| | **Citizenship:** NONE |

**Correspondent:** ROBERT U. GEIB, JR.
WASHINGTON BLDG.
WASHINGTON, DC 20005

## Assignment: 2

**Reel/Frame:** 0952/0007     **Received:**     **Recorded:** 01/29/1993     **Pages:** 32
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

| | |
|---|---|
| **Assignor:** HERSHEY FOODS CORPORATION | **Exec Dt:** 12/31/1992 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** DELAWARE |
| **Assignee:** HOMESTEAD, INC. | **Entity Type:** CORPORATION |
| 42 READ'S WAY | **Citizenship:** DELAWARE |
| NEW CASTLE, DELAWARE 19720 | |

**Correspondent:** HOMESTEAD, INC.
WILLIAM J. BURGESS
111 CONTINENTAL DRIVE, SUITE 309
NEWARK, DELAWARE 19713

## Assignment: 3

**Reel/Frame:** 1878/0918     **Received:** 03/19/1999     **Recorded:** 03/08/1999     **Pages:** 29
**Conveyance:** MERGER

| | |
|---|---|
| **Assignor:** HOMESTEAD, INC. | **Exec Dt:** 02/23/1999 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** DELAWARE |
| **Assignee:** HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION | **Entity Type:** CORPORATION |
| INTELLECTUAL PROPERTY DEPARTMENT | **Citizenship:** DELAWARE |
| 5060 WARD ROAD | |
| WHEAT RIDGE, COLORADO 80033 | |

**Correspondent:** HOMESTEAD, INC.
MARTHA L. CECIL-FEW
5060 WARD ROAD
WHEAT RIDGE, CO 80033

Search Results as of: 06/01/2007 02:30 PM
if you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-06-01 14:33:33 ET

**Serial Number:** 71141801 Assignment Information

**Registration Number:** 162338

**Mark (words only):** MOUNDS

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2003-02-15

**Filing Date:** 1921-01-03

**Transformed into a National Application:** No

**Registration Date:** 1922-12-12

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-07-22

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CADBURY BEVERAGES DELAWARE INC.

**Address:**
CADBURY BEVERAGES DELAWARE INC.
1105 NORTH MARKET STREET SUITE 1300
WILMINGTON, DE 19899
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

### GOODS AND/OR SERVICES

**U.S. Class:** 046 (International Class 030)
**Class Status:** Active

Candy
**Basis:** 1(a)
**First Use Date:** 1920-05-01
**First Use in Commerce Date:** 1920-05-01

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2005-06-14 - TEAS Change Of Correspondence Received

2005-02-16 - Attorney Revoked And/Or Appointed

2005-02-16 - TEAS Revoke/Appoint Attorney Received

2005-02-16 - Attorney Revoked And/Or Appointed

2005-02-16 - TEAS Revoke/Appoint Attorney Received

2004-06-23 - TEAS Change Of Correspondence Received

2003-04-17 - TEAS Change Of Correspondence Received

2003-02-15 - Fourth renewal 10 year

2003-02-15 - Section 8 (10-year) accepted/ Section 9 granted

2002-10-28 - Combined Section 8 (10-year)/Section 9 filed

2002-10-28 - Section 9 filed/check record for Section 8

2002-10-28 - PAPER RECEIVED

1982-12-12 - Third renewal

1983-04-26 - Third renewal

1982-12-12 - Third renewal

1980-01-28 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Daniel Chung, Esq.

**Correspondent**
Martha Cecil-Few
Hershey Chocolate & Confectionery Corpor
4869 Robb Street, Suite 204
Wheat Ridge CO 80033
Phone Number: 303.463.6552
Fax Number: 303.467.7997

**Domestic Representative**
Daniel Chung, Esq.
Phone Number: 914-612-4701
Fax Number: 914-612-6325

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 5**

| | | | |
|---|---|---|---|
| **Serial #:** 71141801 | **Filing Dt:** 01/03/1921 | **Reg #:** 162338 | **Reg. Dt:** 12/12/1922 |

**Registrant:** Peter Paul Candy Mfg. Co., Inc.
**Mark:** MOUNDS

## Assignment: 1

| | | | |
|---|---|---|---|
| **Reel/Frame:** 0337/0052 | **Received:** | **Recorded:** 10/31/1978 | **Pages:** 4 |

**Conveyance:** MERGER AND CHANGE OF NAME

**Assignors:** PETER PAUL, INC., -MERGED INTO-

       **Exec Dt:** 09/26/1978
       **Entity Type:** CORPORATION
       **Citizenship:** DELAWARE

    CADBURY FINANCIAL CORPORATION, -CHANGED TO-

       **Exec Dt:** 00/00/0000
       **Entity Type:** CORPORATION
       **Citizenship:** DELAWARE

**Assignees:** CADBURY FINANCIAL CORPORATION, -CHANGED TO-

       **Entity Type:** CORPORATION
       **Citizenship:** DELAWARE

    PETER PAUL CADBURY, INC.

       **Entity Type:** UNKNOWN
       **Citizenship:** NONE

**Correspondent:** KENYON & KENYON REILLY ET AL.
                 59 MAIDEN LANE
                 NEW YORK, NY 10038

## Assignment: 2

| | | | |
|---|---|---|---|
| **Reel/Frame:** 0529/0747 | **Received:** | **Recorded:** 06/20/1986 | **Pages:** 3 |

**Conveyance:** CERTIFIED COPY OF MERGER FILED IN THE OFFICE OF THE SECRETARY OF STATE OF DELAWARE, SHOWING MERGER OF ASSIGNORS AND CHANGE OF NAME OF THE SURVIVING CORPORATION ON DEC. 28, 1985

**Assignors:** SCHWEPPES U.S.A. LIMITED

       **Exec Dt:** 05/08/1986
       **Entity Type:** UNKNOWN
       **Citizenship:** NONE

    PETER PAUL CADBURY, INC.

       **Exec Dt:** 00/00/0000
       **Entity Type:** UNKNOWN
       **Citizenship:** NONE

    ROSE HOLLAND HOUSE INCORPORATED, MERGED IN TO

       **Exec Dt:** 00/00/0000
       **Entity Type:** UNKNOWN
       **Citizenship:** NONE

    DUFFY-MOTT COMPANY, INC. CHANGED TO

       **Exec Dt:** 00/00/0000
       **Entity Type:** UNKNOWN
       **Citizenship:** NONE

**Assignee:** CADBURY SCHWEPPES, INC.

       **Entity Type:** UNKNOWN
       **Citizenship:** NONE

**Correspondent:** KENYON AND KENYON
                 ONE BROADWAY
                 NEW YORK, NY 10004

## Assignment: 3

| | | | |
|---|---|---|---|
| **Reel/Frame:** 0766/0893 | **Received:** | **Recorded:** 01/30/1991 | **Pages:** 5 |

**Conveyance:** CHANGE OF NAME EFFECTIVE ON JUNE 8, 1990 IN DE.

34

**Assignor:** CADBURY SCHWEPPES INC.      **Exec Dt:** 05/31/1990
     **Entity Type:** SEE DOCUMENT FOR DETAILS
     **Citizenship:** NONE

**Assignee:** CADBURY BEVERAGES INC.      **Entity Type:** CORPORATION
     **Citizenship:** DELAWARE

**Correspondent:** GRAHAM, CAMPAIGN & MCCARTHY, P.C.
THE BAR BUILDING
36 WEST 44TH STREET
NEW YORK, NY 10036-8178

## Assignment: 4

**Reel/Frame:** 1398/0482    **Received:** 11/03/1995     **Recorded:** 10/05/1995     **Pages:** 4

**Conveyance:** CHANGE OF NAME

**Assignor:** CADBURY BEVERAGES INC.      **Exec Dt:** 01/23/1995
     **Entity Type:** CORPORATION
     **Citizenship:** DELAWARE

**Assignee:** CBI HOLDINGS INC.      **Entity Type:** CORPORATION
HIGH RIDGE PARK      **Citizenship:** DELAWARE
STAMFORD, CONNECTICUT 06095

**Correspondent:** ALBERT ROBIN
ROBIN, BLECKER, DALEY & DRISCOLL
330 MADISON AVENUE
NEW YORK, NY 10017

## Assignment: 5

**Reel/Frame:** 1987/0986    **Received:** 11/15/1999     **Recorded:** 11/08/1999     **Pages:** 3

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CBI HOLDINGS INC.      **Exec Dt:** 10/15/1999
     **Entity Type:** CORPORATION
     **Citizenship:** DELAWARE

**Assignee:** CADBURY BEVERAGES DELAWARE INC.      **Entity Type:** CORPORATION
8144 WALNUT HILL LANE      **Citizenship:** DELAWARE
DALLAS, TEXAS 75231-4372

**Correspondent:** FROSS ZELNICK LEHRMAN & ZISSU, P.C.
LAWRENCE E. APOLZON
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

Search Results as of: 06/01/2007 02:31 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 1,215,096
Registered Nov. 2, 1982

## TRADEMARK
### Principal Register

## REESE'S

Hershey Foods Corporation (Delaware corporation)
19 E. Chocolate Ave.
Hershey, Pa. 17033

For: CANDY, in CLASS 30 (U.S. Cl. 46).
First use 1919; in commerce 1919.
Owner of U.S. Reg. Nos. 554,995, 1,141,906 and others.
Sec. 2(f).

Ser. No. 300,125, filed Mar. 9, 1981.

RICHARD A. STRASER, Primary Examiner

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

**Serial #:** 73300125     **Filing Dt:** 03/09/1981     **Reg #:** 1215096     **Reg. Dt:** 11/02/1982
**Registrant:** Hershey Foods Corporation
**Mark:** REESE'S

### Assignment: 1

**Reel/Frame:** 0952/0007     **Received:**     **Recorded:** 01/29/1993     **Pages:** 32

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** HERSHEY FOODS CORPORATION     **Exec Dt:** 12/31/1992
                                            **Entity Type:** CORPORATION
                                            **Citizenship:** DELAWARE

**Assignee:** HOMESTEAD, INC.     **Entity Type:** CORPORATION
             42 READ'S WAY        **Citizenship:** DELAWARE
             NEW CASTLE, DELAWARE 19720

**Correspondent:** HOMESTEAD, INC.
                   WILLIAM J. BURGESS
                   111 CONTINENTAL DRIVE, SUITE 309
                   NEWARK, DELAWARE 19713

### Assignment: 2

**Reel/Frame:** 1878/0918     **Received:** 03/19/1999     **Recorded:** 03/08/1999     **Pages:** 29

**Conveyance:** MERGER

**Assignor:** HOMESTEAD, INC.     **Exec Dt:** 02/23/1999
                                 **Entity Type:** CORPORATION
                                 **Citizenship:** DELAWARE

**Assignee:** HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION     **Entity Type:** CORPORATION
             INTELLECTUAL PROPERTY DEPARTMENT                   **Citizenship:** DELAWARE
             5060 WARD ROAD
             WHEAT RIDGE, COLORADO 80033

**Correspondent:** HOMESTEAD, INC.
                   MARTHA L. CECIL-FEW
                   5060 WARD ROAD
                   WHEAT RIDGE, CO 80033

Search Results as of: 06/01/2007 02:34 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States Patent Office

**851,555**
Registered June 25, 1968

## PRINCIPAL REGISTER
### Trademark

Ser. No. 273,278, filed June 7, 1967

# Mr.Goodbar

Hershey Foods Corporation (Delaware corporation)
Hershey, Pa.   17033, by change of name from
Hershey Chocolate Corporation (Delaware corporation)
Hershey, Pa.   17033

For: CHOCOLATE BAR, in CLASS 46 (INT. CL. 30).

First use on or about Nov. 20, 1925; in commerce on or about Nov. 20, 1925.

Owner of Reg. No. 211,531.

D. E. FREED, *Examiner.*

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 72273278    **Filing Dt:** 06/07/1967    **Reg #:** 851555    **Reg. Dt:** 06/25/1968
**Registrant:** HERSHEY FOODS CORPORATION
**Mark:** MR. GOODBAR

### Assignment: 1

**Reel/Frame:** 0159/0618    **Received:**    **Recorded:** 02/20/1968    **Pages:** 3
**Conveyance:** CHANGE OF NAME

**Assignor:** HERSHEY CHOCOLATE CORPORATION    **Exec Dt:** 02/15/1968
                                               **Entity Type:** UNKNOWN
                                               **Citizenship:** NONE

**Assignee:** HERSHEY FOODS CORPORATION    **Entity Type:** UNKNOWN
                                           **Citizenship:** NONE

**Correspondent:** ROBERT U. GEIB, JR.
                   WASHINGTON BLDG.
                   WASHINGTON, DC 20005

### Assignment: 2

**Reel/Frame:** 0952/0007    **Received:**    **Recorded:** 01/29/1993    **Pages:** 32
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** HERSHEY FOODS CORPORATION    **Exec Dt:** 12/31/1992
                                           **Entity Type:** CORPORATION
                                           **Citizenship:** DELAWARE

**Assignee:** HOMESTEAD, INC.    **Entity Type:** CORPORATION
              42 READ'S WAY      **Citizenship:** DELAWARE
              NEW CASTLE, DELAWARE 19720

**Correspondent:** HOMESTEAD, INC.
                   WILLIAM J. BURGESS
                   111 CONTINENTAL DRIVE, SUITE 309
                   NEWARK, DELAWARE 19713

### Assignment: 3

**Reel/Frame:** 1878/0918    **Received:** 03/19/1999    **Recorded:** 03/08/1999    **Pages:** 29
**Conveyance:** MERGER

**Assignor:** HOMESTEAD, INC.    **Exec Dt:** 02/23/1999
                                **Entity Type:** CORPORATION
                                **Citizenship:** DELAWARE

**Assignee:** HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION    **Entity Type:** CORPORATION
              INTELLECTUAL PROPERTY DEPARTMENT                 **Citizenship:** DELAWARE
              5060 WARD ROAD
              WHEAT RIDGE, COLORADO 80033

**Correspondent:** HOMESTEAD, INC.
                   MARTHA L. CECIL-FEW
                   5060 WARD ROAD
                   WHEAT RIDGE, CO 80033

Search Results as of: 06/01/2007 02:36 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States Patent Office

**680,105**
Registered June 9, 1959

## PRINCIPAL REGISTER
### Trademark

**Ser. No. 53,945, filed June 20, 1958**

## TWIZZLERS

National Licorice Company (New York corporation)
106 John St.
Brooklyn, N.Y.

For: CANDY, in CLASS 46.
First use at least as early as 1928; in commerce at least as early as 1928.

4/

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 6**
**Serial #:** 72053945     **Filing Dt:** 06/20/1958          **Reg #:** 680105          **Reg. Dt:** 06/09/1959
**Registrant:** NATIONAL LICORICE COMPANY
**Mark:** TWIZZLERS

## Assignment: 1
**Reel/Frame:** 0171/0199       **Received:**        **Recorded:** 02/10/1969                **Pages:** 5
**Conveyance:** CHANGE OF NAME
      **Assignor:** NATIONAL LICORICE COMPANY                  **Exec Dt:** 01/20/1969
                                                               **Entity Type:** UNKNOWN
                                                               **Citizenship:** NONE
      **Assignee:** Y & S CANDIES INC.                         **Entity Type:** UNKNOWN
                                                               **Citizenship:** NONE
**Correspondent:** MASON, FENWICK, ET AL.
                1730 RHODE ISLAND AVE., N. W.
                WASHINGTON, DC 20036

## Assignment: 2
**Reel/Frame:** 0358/0068       **Received:**        **Recorded:** 10/30/1979                **Pages:** 5
**Conveyance:** CHANGE OF NAME
      **Assignor:** NATIONAL LICORICE COMPANY                  **Exec Dt:** 01/12/1979
                                                               **Entity Type:** UNKNOWN
                                                               **Citizenship:** NONE
      **Assignee:** Y & S CANDIES INC.                         **Entity Type:** UNKNOWN
                                                               **Citizenship:** NONE
**Correspondent:** HERSHEY FOODS CORPORATION
                19 EAST CHOCOLATE AVE.
                HERSHEY, PA 17033

## Assignment: 3
**Reel/Frame:** 0374/0715       **Received:**        **Recorded:** 08/18/1980                **Pages:** 1
**Conveyance:** MERGER
      **Assignor:** HER-SMILE, INC.                            **Exec Dt:** 03/03/1980
                                                               **Entity Type:** UNKNOWN
                                                               **Citizenship:** NONE
      **Assignee:** Y & S CANDIES INC.                         **Entity Type:** UNKNOWN
                                                               **Citizenship:** NONE
**Correspondent:** NIMS, HOWES, ET AL.
                60 E. 42ND ST.
                NEW YORK, NY 10165

## Assignment: 4
**Reel/Frame:** 0410/0347       **Received:**        **Recorded:** 02/25/1982                **Pages:** 5
**Conveyance:** MERGER
      **Assignor:** Y & S CANDIES INC.                         **Exec Dt:** 01/29/1982
                                                               **Entity Type:** CORPORATION
                                                               **Citizenship:** NEW YORK
      **Assignee:** HERSHEY FOODS CORPORATION                  **Entity Type:** CORPORATION

Citizenship: DELAWARE

**Correspondent:** HERSHEY FOODS CORP.
19 EAST CHOCOLATE AVE.
HERSHEY, PA 17033

## Assignment: 5

**Reel/Frame:** 0952/0007      **Received:**      **Recorded:** 01/29/1993          **Pages:** 32

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** HERSHEY FOODS CORPORATION          **Exec Dt:** 12/31/1992
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** HOMESTEAD, INC.          **Entity Type:** CORPORATION
42 READ'S WAY          **Citizenship:** DELAWARE
NEW CASTLE, DELAWARE 19720

**Correspondent:** HOMESTEAD, INC.
WILLIAM J. BURGESS
111 CONTINENTAL DRIVE, SUITE 309
NEWARK, DELAWARE 19713

## Assignment: 6

**Reel/Frame:** 1878/0918      **Received:** 03/19/1999      **Recorded:** 03/08/1999          **Pages:** 29

**Conveyance:** MERGER

**Assignor:** HOMESTEAD, INC.          **Exec Dt:** 02/23/1999
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION    **Entity Type:** CORPORATION
INTELLECTUAL PROPERTY DEPARTMENT          **Citizenship:** DELAWARE
5060 WARD ROAD
WHEAT RIDGE, COLORADO 80033

**Correspondent:** HOMESTEAD, INC.
MARTHA L. CECIL-FEW
5060 WARD ROAD
WHEAT RIDGE, CO 80033

Search Results as of: 06/01/2007 02:38 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

[ .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=tm&sno=72053945          6/1/2007

Registered Sept. 30, 1952

# Registration No. 564,557

## PRINCIPAL REGISTER
## Trade-Mark

# UNITED STATES PATENT OFFICE

### York Cone Company, York, Pa.

### Act of 1946

### Application February 10, 1949, Serial No. 573,697



## STATEMENT

York Cone Company, a corporation duly organized under the laws of the Commonwealth of Pennsylvania, located at York, Pennsylvania, and doing business at 615 South Pine Street, York, Pennsylvania, has adopted and is using the trade-mark shown in the accompanying drawing, for PEPPERMINT PATTIE MINT (CANDY), in Class 46, Foods and ingredients of foods, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to labels affixed to the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with section 2(f) of the act of July 5, 1946.

The mark is claimed to have become distinctive of the applicant's goods in commerce which may lawfully be regulated by Congress through substantially exclusive and continuous use thereof as a mark by the applicant in commerce among the several States for the five years next preceding the date of the filing of this application.

The trade-mark was first used on January 28, 1922, and first used in commerce among the several States which may lawfully be regulated by Congress on January 28, 1922.

The applicant is the owner of Registrations No. 294,456 and No. 295,621.

YORK CONE COMPANY,
By H. C. KESSLER,
*President.*

44



 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 7**
**Serial #:** 71573697      **Filing Dt:** 02/10/1949      **Reg #:** 564557      **Reg. Dt:** 09/30/1952
**Registrant:** YORK CONE COMPANY
**Mark:** YORK

## Assignment: 1
**Reel/Frame:** 0228/0043      **Received:**      **Recorded:** 11/02/1972      **Pages:** 1
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** YORK CONE COMPANY
**Exec Dt:** 10/30/1972
**Entity Type:** CORPORATION
**Citizenship:** PENNSYLVANIA

**Assignee:** YORK CONE COMPANY
100 WEST 10TH ST.
WILMINGTON, DELAWARE
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** DOLORES MURRAY
800 H ST., N.W.
WASHINGTON, DC 20001

## Assignment: 2
**Reel/Frame:** 0262/0804      **Received:**      **Recorded:** 01/30/1975      **Pages:** 2
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** YORK CONE COMPANY
**Exec Dt:** 01/22/1975
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** PETER PAUL, INC.
NAUGATUCK, CONNECTICUT
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** KENYON & KENYON, ET AL.
59 MAIDEN LANE
NEW YORK, NY 10038

## Assignment: 3
**Reel/Frame:** 0337/0052      **Received:**      **Recorded:** 10/31/1978      **Pages:** 4
**Conveyance:** MERGER AND CHANGE OF NAME

**Assignors:** PETER PAUL, INC., -MERGED INTO-
**Exec Dt:** 09/26/1978
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

CADBURY FINANCIAL CORPORATION, -CHANGED TO-
**Exec Dt:** 00/00/0000
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignees:** CADBURY FINANCIAL CORPORATION, -CHANGED TO-
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

PETER PAUL CADBURY, INC.
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Correspondent:** KENYON & KENYON REILLY ET AL.
59 MAIDEN LANE
NEW YORK, NY 10038

## Assignment: 4

| | |
|---|---|
| **Reel / Frame:** 0529/0747 | **Received:** **Recorded:** 06/20/1986 **Pages:** 3 |

**Conveyance:** CERTIFIED COPY OF MERGER FILED IN THE OFFICE OF THE SECRETARY OF STATE OF DELAWARE, SHOWING MERGER OF ASSIGNORS AND CHANGE OF NAME OF THE SURVIVING CORPORATION ON DEC. 28, 1985

**Assignors:** SCHWEPPES U.S.A. LIMITED
**Exec Dt:** 05/08/1986
**Entity Type:** UNKNOWN
**Citizenship:** NONE

PETER PAUL CADBURY, INC.
**Exec Dt:** 00/00/0000
**Entity Type:** UNKNOWN
**Citizenship:** NONE

ROSE HOLLAND HOUSE INCORPORATED, MERGED IN TO
**Exec Dt:** 00/00/0000
**Entity Type:** UNKNOWN
**Citizenship:** NONE

DUFFY-MOTT COMPANY, INC. CHANGED TO
**Exec Dt:** 00/00/0000
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Assignee:** CADBURY SCHWEPPES, INC.
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Correspondent:** KENYON AND KENYON
ONE BROADWAY
NEW YORK, NY 10004

## Assignment: 5

**Reel / Frame:** 0766/0893    **Received:**    **Recorded:** 01/30/1991    **Pages:** 5

**Conveyance:** CHANGE OF NAME EFFECTIVE ON JUNE 8, 1990 IN DE.

**Assignor:** CADBURY SCHWEPPES INC.
**Exec Dt:** 05/31/1990
**Entity Type:** SEE DOCUMENT FOR DETAILS
**Citizenship:** NONE

**Assignee:** CADBURY BEVERAGES INC.
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** GRAHAM, CAMPAIGN & MCCARTHY, P.C.
THE BAR BUILDING
36 WEST 44TH STREET
NEW YORK, NY 10036-8178

## Assignment: 6

**Reel / Frame:** 1398/0482    **Received:** 11/03/1995    **Recorded:** 10/05/1995    **Pages:** 4

**Conveyance:** CHANGE OF NAME

**Assignor:** CADBURY BEVERAGES INC.
**Exec Dt:** 01/23/1995
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** CBI HOLDINGS INC.
HIGH RIDGE PARK
STAMFORD, CONNECTICUT 06095
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** ALBERT ROBIN
ROBIN, BLECKER, DALEY & DRISCOLL
330 MADISON AVENUE
NEW YORK, NY 10017

## Assignment: 7

**Reel / Frame:** 1987/0986    **Received:** 11/15/1999    **Recorded:** 11/08/1999    **Pages:** 3

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CBI HOLDINGS INC.
**Exec Dt:** 10/15/1999
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** CADBURY BEVERAGES DELAWARE INC.
**Entity Type:** CORPORATION

8144 WALNUT HILL LANE
DALLAS, TEXAS 75231-4372                          **Citizenship:** DELAWARE

**Correspondent:** FROSS ZELNICK LEHRMAN & ZISSU, P.C.
LAWRENCE E. APOLZON
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

Search Results as of: 06/01/2007 02:38 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v 2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT