January 31, 2008

Honorable Jeremy Fogel

United States District Court

Northern District of California

280 South 1st Street

San Jose, California 95113

FILED

FEB 1 1 2008

CLERK
NORTHERN ... CALIFORNIA

Re: Huhtamaki Finance, B.V., et. al. v. Kenneth Affolter; Case No. C07-02514 JF RS

Motion for Continuance or to Dismiss

Your Honor:

    Please consider this letter a motion for a continuance or to dismiss the above captioned matter.

    I have been incarcerated since March 16, 2006 and am currently in Federal Prison at the Federal Correctional Institution located at 3600 Guard Road, Lompoc, California 93436. My earliest release date is April 17, 2011.

    Plaintiff has brought a motion for default judgement and I wish to have an opportunity to be heard in open court and on the record. Since this is not possible because of my incarceration, I respectfully request a postponement or continuance until I am released from prison.

    Alternatively, I also request the court dismiss the complaint as vague and lacking specificity. Plaintiff alleges trademark infringement yet fails to allege specific instances of infringement giving notice to me of what they allege

occurred, allowing me to prepare an adequate defense. Further, plaintiff alleges damages that are speculative at best, since no actual damages are plead or alleged to have be suffered by plaintiffs.

Because of this vagueness, I contend there exists no claim upon which relief can be granted, and the complaint should be dismissed.

Thank you for any consideration spent in my behalf.

Respectfully submitted,

*Kenneth D. Affolter*

Kenneth D. Affolter #93480-111

FCI Lompoc

3600 Guard Rd.

Lompoc, CA 93436-2705


cc. Mr. Vito A. Costanzo, Attorney for the Plaintiff

633 West Fifth Street, 21st Floor

Los Angeles, CA 90071-2040

