1 | HOLLAND & KNIGHT LLP
Vito A. Costanzo (SBN 132754)
2 | Theresa A. Middlebrook (SBN 89709)
633 West Fifth Street, 21st Floor
3 | Los Angeles, California 90071-2040
Telephone (213) 896-2400
4 | Facsimile (213) 896-2450

5 | Attorneys for Plaintiffs
Huhtamaki Finance, B.V.,
6 | Hershey Chocolate & Confectionery
Corporation and The Hershey Company

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN OF CALIFORNIA

| | |
|---|---|
| HUHTAMAKI FINANCE, B.V. a Netherlands corporation; THE HERSHEY COMPANY; HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION, a Delaware corporation; and THE HERSHEY COMPANY, a Delaware corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>KENNETH DEAN AFFOLTER, an individual, d/b/a BEYOND BOMB,<br><br>    Defendant. | CASE NO. C07-02514 JF<br><br>NOTICE OF ERRATA TO DECLARATION OF LOIS DUQUETTE IN SUPPORT OF APPLICATION TO ENTER DEFAULT JUDGMENT<br><br>Date: February 22, 2008<br>Time: 9:00 a.m.<br>Courtroom: Hon. Richard Seeborg |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

/ / /

/ / /

1

1  PLEASE TAKE NOTICE that the DECLARATION OF LOIS DUQUETTE IN
2  SUPPORT OF APPLICATION TO ENTER DEFAULT contained an incorrect Exhibit "A".
3  The attached Exhibit "A" should be substituted in place thereof.

4  Dated: February 15, 2008          HOLLAND & KNIGHT LLP
5                                    VITO A. COSTANZO

                                      By: _____
                                          Vito A. Costanzo
                                      Attorneys for Plaintiffs
                                      HUHTAMAKI FINANCE, B.V.,
                                      HERSHEY CHOCOLATE &
                                      CONFECTIONERY CORPORATION
                                      AND THE HERSHEY COMPANY

# 5128873_v1

2




EXHIBIT A




# PROOF OF SERVICE

State of California         )
                            )   ss.
County of Los Angeles       )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

      On February 15, 2008, I served the document described as **NOTICE OF ERRATA TO DECLARATION OF LOIS DUQUETTE IN SUPPORT OF APPLICATION TO ENTER DEFAULT JUDGMENT** on the interested parties in this action, enclosed in a sealed envelope, addressed as follows:

Kenneth Dean Affolter
#93480-111
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436


[ X ] **(By Mail)** Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071, in a sealed envelope. I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

[ ] **(BY UPS)** Following ordinary business practices, I placed the document for collection and UPS delivery at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071. I am readily familiar with the business' practice for collection and processing of correspondence for delivery by UPS, and, in the ordinary course of business, such correspondence would be deposited with UPS on the day on which it is collected at the business.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee stated on the attached service list.

Executed on February 15, 2008, Los Angeles, California

X    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

                                                 */s/ Conchita Nickles*
                                                 Conchita Nickles