**E-Filed 04/25/08**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HUHTAMAKI FINANCE, B.V., a Netherlands corporation; HERSHEY CHOCOLATE & CONFECTIONARY, a Delaware corporation; and THE HERSHEY COMPANY, a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>KENNETH DEAN AFFOLTER, an individual, d/b/a BEYOND BOMB,<br><br>    Defendant. | Case Number C 07-02514 JF (RS)<br><br>ORDER[1] GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME AND RESETTING BRIEFING SCHEDULE |

Defendant Kenneth Dean Affolter ("Defendant") seeks an extension of time within which to file motions to set aside his default and to dismiss Plaintiffs' complaint. This request, which is unopposed, is based on Defendant's current incarceration in federal prison.

Good cause therefor appearing, the request will be granted. Defendant shall have ninety (90) days from the date of this order within which to file motions to set aside the default and to

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-02514 JF
ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME AND RESETTING BRIEFING SCHEDULE
(JFEX1)

1  dismiss Plaintiffs' complaint. Plaintiffs shall have thirty (30) days from the filing date of
2  Defendant's motions to file opposition to the motions, and Defendant shall have thirty (30) days
3  from the filing of Plaintiffs' opposition to file a reply. In light of Defendant's incarceration, the
4  Court will take the motions under submission and issue orders without oral argument pursuant to
5  Civil Local Rule 7-1(b).

7  IT IS SO ORDERED.
8  DATED: 04/25/08

                                              JEREMY FOGEL
                                              United States District Judge

Case No. C 07-02514 JF
ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME AND RESETTING BRIEFING SCHEDULE
(JFEX1)

1  This Order has been served upon the following persons:

2  vito.costanzo@hklaw.com

3  Notice will be delivered by other means to:

4
**Kenneth Dean Affolter**
5  93480-111
FCI Lompoc
6  3600 Guard Road
Lompoc, CA 93436-2705

3
Case No. C 07-02514 JF
ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME AND RESETTING BRIEFING SCHEDULE
(JFEX1)